AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

$26,081.00 IN UNITED STATES

APPEARANCE

Case Number: 08 CV 02834

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

$26,081.00 IN UNITED STATES CURRENCY

I certify that I am admitted to practice in this court.

March 26, 2008
Date

[Signature]
Signature

DAVID J. GOLDSTEIN
Print Name                                    Bar Number

888 Grand Concourse
Address

Bronx              New York              10451
City                State                Zip Code

(718) 665-9000            (718) 665-9147
Phone Number              Fax Number