UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                 :

                  -v-                                :

$26,081.00 IN UNITED STATES CURRENCY,     :

                                        :

                Defendant-in-rem
------------------------------------------------------------X

                                     CLAIM

                                     Case No. 08 CV 02834

       JUAN DILONE, declares under the penalties of perjury that the following statements are true and correct:

       1. That I am the owner of Twenty Six Thousand Eighty-One Dollars ($26,180.00) seized from me on September 25, 2007, and submit this claim in accordance with the provisions of Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

       2. Please serve all papers and direct all communications concerning this matter upon my attorneys, GOLDSTEIN & WEINSTEIN, 888 Grand Concourse, Bronx, New York 10451, (718) 665-9000.

Sworn to before me this
25th day of March, 2008

                                                              JUAN DILONE

LAW OFFICES
GOLDSTEIN & WEINSTEIN
888 GRAND CONCOURSE
BRONX, NEW YORK 10451
(718) 665-9000