GOLDSTEIN & WEINSTEIN
Attorneys for Claimant, JUAN DILONE
By: David J. Goldstein
888 Grand Concourse
Bronx, New York 10451
(718) 665-9000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,                    VERIFIED ANSWER

  -against-

                                                    08 Civ. 2834 (NRB)

$26, 081 in United States currency,

                Defendant-in-rem.
-----------------------------------------------------------------------X

      Claimant, JUAN DILONE, by his attorneys, GOLDSTEIN & WEINSTEIN, answering the complaint of the plaintiff, respectfully alleges and shows this court as follows:

      <u>FIRST</u>: Denies the allegations in the complaint herein designated as 5, 9, 13, 14.

      <u>SECOND</u>: Denies sufficient information to form a belief as to the truth or accuracy of the allegations of the complaint herein designated as 6 and 8.

      WHEREFORE, claimant, JUAN DILONE, demands judgement as follows:

(a)    dismissing the plaintiff's complaint; and

(b)    directing the return of the money which is the subject of this action

(c)    together with the costs and disbursements of this action;

(d)    together with such other and further relief as the court deems just and proper.

DATED:   June 4, 2008
           Bronx, New York

                                      YOURS, etc.,

                                    GOLDSTEIN & WEINSTEIN

                        BY:   _____
                                    DAVID J. GOLDSTEIN

                                  Attorneys for Claimant
                                  888 Grand Concourse
                                  Bronx, New York 10451
                                  (718) 665-9000

TO:   MICHAEL J. GARCIA
        United States Attorney
        Southern District of New York
        1 St. Andrews Plaza
        New York, New York 10007

        Att:   AUSA Sharon E. Frase

# VERIFICATION

STATE OF NEW YORK            )
COUNTY OF BRONX              :
SOUTHERN DISTRICT OF NEW YORK )

JUAN DILONE, being duly sworn, deposes and says:

1. That he is the claimant in this case, and has read the foregoing answer, and knows the contents thereof, and that the answer is true to the best of his own knowledge, information and belief.

                                                                                                                       JUAN DILONE

Sworn to before me this
 th day of June, 2008

DAVID J. GOLDSTEIN
NOTARY PUBLIC
CITY OF NEW YORK 02GO5017572
CERTIFICATE FILED IN BRONX COUNTY
COMMISSION EXPIRES 09/07/20__