GOLDSTEIN & WEINSTEIN
Attorneys for Claimant, JUAN DILONE
By: David J. Goldstein
888 Grand Concourse
Bronx, New York 10451
(718) 665-9000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA                :

                Plaintiff,                  NOTICE TO TAKE DEPOSITION
    -against-                               :
                                                        08 Civ. 02384 (NRB)
$26,081 in United States currency,      :

                Defendant-in-rem.
------------------------------------------------------------X

SIR:

      PLEASE TAKE NOTICE, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the testimony of a police officer of the New York City Police Department with knowledge of the facts, will be stenographically taken before a person authorized to administer oaths by the laws of the State of New York, who is not an attorney, or employee of an attorney, for any party or for any person with an interest in the outcome of this action, and is not disqualified by reason of consanguinity or affinity to any party herein, at the law offices of Goldstein & Weinstein, 888 Grand Concourse, Bronx New York, on the 31st day of July, 2008, at 1:00 p.m. in the afternoon of that day with respect to evidence concerning the seizure of the money which is the subject of this action on August 15, 2007.

Such witness shall produce at the deposition, pursuant to Rule 30 (b) (1) and Rule 34 of the Federal Rules of Civil Procedure, any and all documents in his possession, or which were prepared by him, concerning the stop and detention of Juan Dilone on or about August 15, 2007, and the seizure of the currency which is the subject of this action.

Dated:    June 4, 2008
             Bronx, New York

                                        YOURS, etc.,

                                        GOLDSTEIN & WEINSTEIN

                    BY:    _____
                                        DAVID J. GOLDSTEIN

                                        Attorneys for Claimant
                                        888 Grand Concourse
                                        Bronx, New York 10451
                                        (718) 665-9000

TO:    MICHAEL J. GARCIA
          United States Attorney
          Southern District of New York
          1 St. Andrews Plaza
          New York, New York 10007

          Att:    AUSA Sharon E. Frase