U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

ORIGINAL

RECEIVED

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 08 Civ. 2834 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $26,081 in United States Currency | Publication |

**SERVE**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

USMS - SDNY

▶

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 500 Pearl Street, New York, New York 10007

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL J. GARCIA, U.S. ATTORNEY - SDNY
UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA
NEW YORK, NY 10007
ATTENTION: Tony Dulgerian, Rm. 339

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                             Fold

    Please publish the following notice of publication in a newspaper of general
circulation once a week for three consecutive weeks.

07DEA 491125

CATS #PENDING     Please return to FSA Law Clerk Tony Dulgerian, 212-637-2404

| Signature of Attorney or other Originator requesting service on behalf of: | x PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| AUSA Sharon Frase | ☐ DEFENDANT | 212-637-2329 | 4/30/08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk | Date 4/30/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 6/23/08    Time    am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: **6/23/08 - Notice was published in the New York Law Journal on May 14, 21 & 28, 2008.**
(copy attached)

08-2834-1

U.S. ATTORNEY COPY

**STATE OF NEW YORK**
*County of New York,*    s:

**MISCELLANEOUS**

USA-33s-100-
**NOTICE OF CIVIL
FORFEITURE
PROCEEDING** Rev. 11/94

UNITED STATES DIS-
TRICT COURT
SOUTHERN DISTRICT OF
NEW YORK — On March 18,
2008, the United States of
America commenced a civil
action demanding forfeiture
thereof under the provisions
of 21 U.S.C. § 881(a)(6), as mon-
eys furnished or intended to
be furnished in exchange for
a controlled substance, all
proceeds traceable to such
exchanges, and all moneys
used or intended to be used to
facilitate such exchanges, in
violation of Title 21 of the
United States Code, for
$26,081.00 in United States
Currency, 08 Civ. 2834.
  Notice is hereby given that
all persons claiming the same
or knowing or having any-
thing to say why the same
should not be forfeited pursu-
ant to the prayer of said com-
plaint, must file their claim in
accordance with Rule G from
the Supplemental Rules for
Admiralty or Maritime
Claims and Asset Forfeiture
Actions with the Clerk of the
Court, in Room 120, United
States Court House, 500 Pearl
Street, New York, New York,
by June 29, 2008, which is 30
days after the last publica-
tion of this action or within
such additional time as may
be allowed by the Court, and
must serve their answers
within 20 days after the filing
of their claims, or default and
forfeiture will be ordered.
Any persons with an interest
in the property may also wish
to file a petition for remission
or mitigation of the forfei-
ture, as provided for in Title
28, Code of Federal regula-
tions, and failure to file such
a petition may affect many
rights that a person claiming
an interest in the property
may have with respect to this
property.
  FOR NOTICE OF PUBLI-
CATIONS GO TO: WWW.
FORFEITURE.GOV
  On December 1, 2006, Rule
G of the Supplemental Rules
for Certain Admiralty and
Maritime Claims, part of the
Federal Rules of Civil Proce-
dure, became effective. This
new rule now governs proce-
dures for civil and criminal
asset forfeiture actions in the
federal courts.
  Notice of judicial forfei-
ture actions has traditionally
been published in newspa-
pers. The new rule now per-
mits publication of forfeiture
notices on a government in-
ternet site (www.forfeiture.
gov), and this site incorpo-
rates these forfeiture notices
that have been traditionally
published in newspapers.
  This site is currently fully
operational, civil and crimi-
nal forfeiture notices will
continue to be published in
newspapers for a period of
time before newspaper pub-
lication is eventually aban-
doned in favor of this website.
The website contains a com-
prehensive list of pending no-
tices of both civil and crimi-
nal forfeiture actions in Unit-
ed States District Courts
around the country.
  Dated: New York, New
York May, 2008
    MICHAEL J. GARCIA
    U.S. Attorney/SDNY

    JOSEPH R. GUCCIONE
    U.S. Marshal/SDNY
      my14-W  my28

1016870

Nellie Gonzalez, being duly sworn, says that she is the
PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW
JOURNAL**, a Daily Newspaper; that the Advertisement hereto
annexed has been published in the said **NEW YORK LAW
JOURNAL** in each week for 3 successive weeks, commencing
on the 14th day of May, 2008.

TO WIT: MAY 14, 21, 28, 2008

SWORN TO BEFORE ME, this  28th day
Of  May, 2008.

*Nellie Gonzalez*

*Cynthia Byrd*
**Cynthia Byrd**
**Notary Public, State of New York**
**No. 01BY6056945**
**Qualified in Kings County**
**Commission Expires April 09, 2011**

RECEIVED  2008 JUN 23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===========================================================

UNITED STATES OF AMERICA,

Plaintiff,

- v.-

$26,081 IN UNITED STATES CURRENCY,

Defendant-in-rem.

===========================================================

## NOTICE OF PUBLICATION
## 08 Civ. 2834 (NRB)

===========================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007

SHARON E. FRASE
**Assistant United States Attorney**
 **-Of Counsel-**