LAW OFFICES

## GOLDSTEIN & WEINSTEIN

888 GRAND CONCOURSE

THE BRONX, NEW YORK 10451

(718) 665-9000

FAX: (718) 665-9147

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08

DAVID J. GOLDSTEIN

BARRY A. WEINSTEIN

August 6, 2008

By Facsimile

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    United States v. $26,081 in U.S. Currency
       08 CIV 2834

Your Honor:

I hereby respectfully request an adjournment of the Conference currently scheduled for today, Wednesday, August 6, 2008, at 3:45 p.m., for approximately two weeks.

My partner, Barry A. Weinstein, is currently on vacation. Furthermore, I am unable to appear as I am a diabetic and not feeling well today. I left a message for the Assistant United States Attorney Sharon Frase, concerning my request.

Thank you for your consideration herein.

Respectfully submitted,

DAVID J. GOLDSTEIN

DJG/yb

cc: AUSA Sharon Frase
    **By Facsimile**

Conference adjourned until 4:30 pm on August 21, 2008.

So Ordered.
USDJ
8/11/08

TOTAL P.02